No. 180. BROTHERHOOD OF LOCOMOTIVE FIREMEN & ENGINEMEN *v.* BANGOR & AROOSTOOK RAILROAD CO. ET AL. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. THE CHIEF JUSTICE and MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Joseph L. Rauh, Jr., John Silard, Elliott C. Lichtman,* and *Isaac N. Groner* for petitioner. *Francis M. Shea, Richard T. Conway,* and *James A. Wilcox* for respondents.

No. 119. LARIS *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE BRENNAN are of the opinion that certiorari should be granted. *Louis M. Tarasi, Jr.,* for petitioner. *J. Quint Salmon* for respondent.

No. 218. VERNELL *v.* FLORIDA EX REL. GERSTEIN, STATE ATTORNEY. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted.

No. 368. WARD *v.* PENNSYLVANIA NEW YORK CENTRAL TRANSPORTATION CO. ET AL. C. A. 2d Cir. Motion to dispense with printing petition granted. Certiorari denied.

No. 316. POWELL *v.* NATIONAL SAVINGS & TRUST CO. C. A. D. C. Cir. Certiorari denied. THE CHIEF JUSTICE and MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 36, Misc. CLINE *v.* NEVADA ET AL. C. A. 9th Cir. Certiorari denied. *Harvey Dickerson,* Attorney General of Nevada, for respondents.